UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROY HARPER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, et al.,<br><br>Defendants. | Case No. 25-cv-06701-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Rita F. Lin for consideration of whether the case is related to 3:25-cv-00758-RFL Harper v. County of Marin et al.

**IT IS SO ORDERED.**

Dated: August 11, 2025

LAUREL BEELER
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK ROY HARPER,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-4297** |
| | : | |
| **COUNTY OF MARIN,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 7th day of August 2025, upon consideration of Plaintiff Patrick Roy Harper's *pro se* Complaint (Doc. No. 1), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States District Court for the Northern District of California.[1]

2. Any pending motions and requests (Doc. Nos. 5, 6) shall be left to the discretion of the transferee court.

**IT IS SO ORDERED.**

                                              */s/ Karen Spencer Marston*
                                              KAREN SPENCER MARSTON, J.

---

[1] Harper filed this lawsuit, requesting to transfer his claims against Defendants County of Marin, located in the Northern District of California, and the California Department of Fish and Wildlife, based on events that occurred there. (*See* Doc. No. 1.) It appears these claims are being litigated in the Northern District of California. *See Harper v. County of Marin et al.*, No. 25-758 (N.D. Cal. Jan. 22, 2025). As there is no apparent basis for venue in this district, the Court will transfer Harper's Complaint to the United States District Court for Northern District of California, where the events and lawsuit giving rise to Harper's claims appear to have occurred and where the Defendants are located. *See* 28 U.S.C. §§ 84(a), 1391(b) & 1406(a); *Lafferty v. St. Riel*, 495 F.3d 72, 74-75 & n.3 (3d Cir. 2007) (declining to disturb district court's *sua sponte* transfer under § 1406(a)); *Decker v. Dyson*, 165 F. App'x 951, 954 n.3 (3d Cir. 2006) (district court may *sua sponte* transfer case under § 1406(a)).